CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 1 4 2011

JULIA C. DUDLEY, CLERK
BY:
          DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

| | | |
|---|---|---|
| **LONNIE MCDONOVAN GHOLSON, ET AL.,** | ) | **CASE NO. 7:11CV00371** |
| | ) | |
| **Plaintiff(s),** | ) | **FINAL ORDER** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **COMMONWEALTH OF VIRGINIA, ET AL.,** | ) | **By:  James C. Turk** |
| | ) | **Senior United States District Judge** |
| **Defendant(s).** | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

## ADJUDGED AND ORDERED

that this civil action is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), as

frivolous, and this action is stricken from the active docket of the court.

**ENTER**: This _14th_ day of September, 2011.

_James C. Turk_
Senior United States District Judge