CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 14 2011

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| LONNIE MCDONOVAN GHOLSON, ET AL., | ) | CASE NO. 7:11CV00371 |
| Plaintiff(s), | ) ) ) | |
| vs. | ) ) | FINAL ORDER |
| COMMONWEALTH OF VIRGINIA, ET AL., | ) ) ) | By: James C. Turk<br>Senior United States District Judge |
| Defendant(s). | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

### ADJUDGED AND ORDERED

that this civil action is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), as frivolous, and this action is stricken from the active docket of the court.

**ENTER**: This 14th day of September, 2011.

/s/ James C. Turk
Senior United States District Judge